IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARIA DEL ROSARIO MORENO-VAZQUEZ, a/k/a MARIA COONLEY, )<br>)<br>PETITIONER, )<br>)<br>v. )<br>)<br>A.J. HARDY, *et al.,* )<br>)<br>RESPONDENTS. ) | CASE NO. 2:08-cv-716-MEF<br><br>(WO- Do Not Publish) |

**ORDER**

This cause is before the Court on the Motion to Modify the Conditions of Detention of the Petitioner (Doc. # 23).  The Court has carefully considered the arguments submitted in support of and in opposition to the motion.  The Court finds that the applicable law requires Petitioner to be committed to the Federal Bureau of Prisons until she is surrendered to a duly qualified agent of Mexico pursuant to the applicable provisions of Treaty and law.  Accordingly, the motion is DENIED.

DONE this the 12th day of March, 2009.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE